ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**STATESBORO DIVISION**

| | | |
|---|---|---|
| ANTHONY STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 604-140 |
| | ) | |
| BARNIE DASHER, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court.  Plaintiff's summary judgment motion, Doc. 26, is **DENIED** as **MOOT** and

defendant's summary judgment motion, Doc. 32, is **GRANTED**.  Plaintiff's complaint is

**DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 21 day of March, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA